# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600231

_____

## UNITED STATES OF AMERICA
Appellee

v.

## SVEN ESPINOZA.
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
For Appellant: Lieutenant Rachel E. Weidemann, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 20 December 2016

_____

Before MARKS, GLASER-ALLEN, and PETTIT, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court